

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-81,577-01

### EX PARTE FABIAN HERNANDEZ

### ON APPLICATION FOR WRIT OF HABEAS CORPUS
CAUSE NO. 20060D05825 IN THE 346TH DISTRICT COURT
EL PASO COUNTY

*Per curiam*.

**O R D E R**

This is a post conviction application for writ of habeas corpus filed pursuant to the provisions of Texas Code of Criminal Procedure article 11.071.

Applicant was convicted in November 2009 of capital murder committed in November 2006.  TEX. PENAL CODE ANN. § 19.03(a).  Based on the jury's answers to the special issues set forth in the Texas Code of Criminal Procedure, Article 37.071, sections

2(b) and 2(e), the trial court sentenced him to death. Art. 37.071, § 2(g).[1] This Court affirmed applicant's conviction and sentence on direct appeal. *Hernandez v. State,* 390 S.W.3rd 310 (Tex. Crim. App. 2012).

Applicant presented nine allegations in his application in which he challenges the validity of his conviction and sentence. The trial court held a live evidentiary hearing. As to all of these allegations, the trial judge entered findings of fact and conclusions of law and recommended that relief be denied.

This Court has reviewed the record with respect to the allegations made by applicant. We agree with the trial judge's recommendation and adopt the trial judge's findings and conclusions, except for finding of fact number fifty-one and conclusion of law number forty-six, which we reject. Based upon the trial court's findings and conclusions and our own review of the record, relief is denied.

IT IS SO ORDERED THIS THE 28th DAY OF JANUARY 2015.

Do Not Publish

---

[1] Unless otherwise indicated, all references to Articles are to the Texas Code of Criminal Procedure.